# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **INITIAL APPEARANCE** |
| | **on Criminal Complaint** |
| v. | |
| **WAHEBA ISSA DAIS** | CASE NUMBER: 18-mj-876 |

HONORABLE **NANCY JOSEPH**, presiding      Court Reporter: Liberty
Deputy Clerk: Becky Ray      Hearing Began: 3:02:00 PM
Hearing Held: **June 13, 2018 at 3:00 PM**      Hearing Ended: 3:08:43 PM

**Appearances:**
UNITED STATES OF AMERICA by: **Gregory Haanstad**
**WAHEBA ISSA DAIS**, in person, and by: **John Campion**      ☐ CJA ☑ FDS ☐ RET
U.S. PROBATION OFFICE by: **Jim Fetherston**
INTERPRETER: ☑ None ☐ Sworn

☑ Defendant advised of rights
☑ Defendant advised of charges, penalties, and fines

**Maximum Penalties**
- Maximum of 20 years imprisonment, $250,00 fine, 5 years of supervised release, $100 special assessment

GOVT is recommending detention as it is a presumption case, but asks for a three day hold.

DEFENSE does not object.

COURT orders defendant temporarily detained and sets a detention hearing for **June 15, 2018 at 11:00 AM.** The court will set a preliminary hearing date at Friday's hearing.

**Bond Status:**
☑      Defendant is ordered temporarily detained for a maximum of: ☑ 3 days ☐ 5 days ☐ 10 days
     Detention Hearing set for: June 15, 2018 at 11:00 AM