# UNITED STATES DISTRICT COURT
### for the

### Eastern District of Wisconsin

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.18-mj-876 |
| | ) | |
| WAHEBA ISSA DAIS | ) | |
| *Defendant* | ) | |

## ORDER OF TEMPORARY DETENTION AND
## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| PLACE:<br>U.S. District Court<br>517 E. Wisconsin Ave.<br>Milwaukee, Wisconsin<br><br>BEFORE:<br>Magistrate Judge Nancy Joseph | Courtroom No.: 253 |
|---|---|
| | Date and Time: June 15, 2018 at 11:00 am |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the date, time, and place set forth above.

Date:    June 13, 2018

_____
Judge's signature

Nancy Joseph, U.S. Magistrate Judge
_____
*Printed name and title*