UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

      *Plaintiff,*

      *vs.*              Case No. 18-MJ-876

WAHEBA ISSA DAIS,

      *Defendant.*

---

## NOTICE OF APPEARANCE AND DISCLOSURE STATEMENT

Pursuant to Local Criminal Rule 12.4, notice and disclosure is hereby provided that, the individual defendant in the above-referenced matter, is represented by Federal Defender Services of Wisconsin, Inc., through undersigned counsel.

Dated at Milwaukee, Wisconsin, this 14th day of June, 2018.

      Respectfully submitted,

      */s/ John W. Campion*
      John W. Campion, WI Bar #1002697
      Federal Defender Services
        of Wisconsin, Inc.
      517 E. Wisconsin Avenue – Room 182
      Milwaukee, WI  53202
      Tel.  (414) 221-9900
      Email:  john_campion@fd.org

      *Counsel for Defendant, Waheba Issa Dais*