# United States District Court
## EASTERN DISTRICT OF WISCONSIN

## COURT MINUTES

HON. **Nancy Joseph,** presiding.

DATE: **June 15, 2018 at 11:00 AM**

CASE NO. **18-mj-876**

UNITED STATES v. **Waheba Issa Dais**

PROCEEDING: **Detention Hearing**

Deputy Clerk: Amanda Chasteen

Court Reporter: Liberty

Time Called: 11:04:24 AM

Time Concluded: 11:38:48 AM

UNITED STATES by: **Gregory Haanstad**

Probation Officer: **Jesse Sorkness**

DEFENDANT: **Waheba Issa Dais,** in person, and by

ATTORNEY: **John Campion**

---

GOVT seeking detention.
- Deft is a flight risk and a danger to the community.
- Deft charged with a crime of violence, 20 years max imprisonment.
- Deft used social media accounts, hacked unknowing peoples accounts and used them to recruit people for Isis.
- Deft shared information with other supporters, and had lengthy discussions on ways to poison water supplies
- Some of deft's children were aware of their mother's activities, her son had urged her to stop.
- Deft is prescribed medication for mental health treatment, but does not take them.
- Deft is a danger to the community even without access to a computer.

DEFENSE – seeking release with conditions.
- Speaks to the timeline of evidence in comparison to when the complaint was issued.
- Deft does not work outside of the home. Father of her younger children abandoned her and children late last year.
- Deft does not pose a risk of flight. Deft has been in area since 1992. Lives with five children, two of whom has special needs, one of whom has medical needs, one of whom is on the autism spectrum.
- There are no actual acts or planned acts that the deft was tied too.
- Deft is not a part of any organized group of people.
- Deft has no history of violence.
- Deft does not have a vehicle.
- Proffers conditions of release; no computer in the home, no work or vehicle, would surrender passport and E/M.

GOVT rebuttal.
- No combinations of conditions could be put in place to assure the safety of the community.

DEFENSE rebuttal.
- Speaks to the time delay from contact with undercover agent and the date of the criminal complaint.

GOVT rebuttal.
- conversation with undercover took place on May 3rd 2018. The government does not get information in real time.

COURT statements prior to ruling.
- The govt has met their burden by clear and convincing evidence that the deft is a danger to the community.
- Orders deft detained pending further hearings.
- Sets a **Preliminary Hearing / A&P for June 27, 2017 at 2:00 PM.**