# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

v.

**WAHEBA ISSA DAIS**

**ARRAIGNMENT AND PLEA MINUTES**

CASE NUMBER **18-CR-143**

---

HONORABLE **NANCY JOSEPH**, presiding
Deputy Clerk: **Becky Ray**
Hearing Held: **June 27, 2018 at 10:30 AM**

Court Reporter: Liberty
Hearing Began: 10:42:59 AM
Hearing Ended: 10:48:33 AM

**Appearances:**

UNITED STATES OF AMERICA by: **Gregory Haanstad**
**Waheba Issa Dais**, in person, and by: **John Campion**
U.S. PROBATION OFFICE by: **Hannah Graham**
INTERPRETER: ☑ None  ☐ Sworn

☐ CJA  ☑ FDS  ☐ RET

---

☑ Original Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Misdemeanor    ☑ Felony

| | | | |
|---|---|---|---|
| Speedy Trial Date: | September 4, 2018 | District Judge: | Pamela Pepper |
| Plea Deadline: | | Magistrate Judge: | William E. Duffin |
| Final Pretrial Report | | Motions Due: | July 12, 2018 |
| Final Pretrial Conf.: | August 7, 2018 at 8:45 AM | Responses Due: | July 23, 2018 |
| Jury Trial Date: | August 27, 2018 at 8:30 AM | Replies Due: | July 30, 2018 |
| Trial Length Estimate: | 2 weeks | | |

---

☑ Defendant advised of rights
☐ Court orders counsel appointed
  ☐ Defendant to reimburse at $ per month
☑ Defendant advised of charges, penalties, and fines
☑ Copy of indictment received by defendant
  ☑ Indictment read  ☐ defendant waives reading
☑ Not guilty plea entered by:
  ☑ defendant  ☐ the court

☑ Open file policy applies
  Discovery available: 7/2/2018
  ☐ Court discussed availability for
    incarcerated defendants
☑ Government to disclose grand jury materials
  one day prior to trial
☐ Case designated complex
☐ Scheduling conference:
  before Magistrate Judge  William E. Duffin

---

Maximum Penalties:
**Count 1** – 20 years imprisonment, $250,000 fine, 5 years supervised release, $100 special assessment
**Count 2** – 20 years imprisonment, $250,000 fine, 5 years supervised release, $100 special assessment

GOVT anticipates the bulk of discovery to be provided by Monday.  Search warrant will be provided as they are returned.  Plan to seek a protective order and will provide defense with an update by Monday.

**Bond Status:**
☑        Detention continued as previously set by Magistrate Judge Joseph