UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                                            Case No. 18-CR-143

WAHEBA ISSA DAIS,

        Defendant.

## NOTICE OF APPEARANCE

Please take notice that plaintiff, United States of America, is now also represented by Trial Attorney Jolie F. Zimmerman, in addition to Assistant United States Attorney Gregory J. Haanstad.

Respectfully submitted this 18th day of July, 2018.

                                  U.S. DEPARTMENT OF JUSTICE
                                  National Security Division
        By:

                                  s/Jolie F. Zimmerman
                                  JOLIE F. ZIMMERMAN
                                  Trial Attorney
                                  Bar No.: DC 465110
                                  Attorney for Plaintiff
                                  U.S. Department of Justice
                                  Counterterrorism Section
                                  National Security Division
                                  950 Pennsylvania Avenue, N.W.
                                  Washington, DC 20530
                                  (202) 514-1453
                                  E-Mail: jolie.zimmerman@usdoj.gov