# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**
         **Plaintiff,**

  **vs.**                                           **Case No. 18-CR-143**

**WAHEBA I. DAIS,**
         **Defendant.**

## ORDER APPOINTING COUNSEL

The Defendant has submitted an affidavit or has otherwise satisfied this Court that she (1) is financially unable to retain counsel, and (2) does not wish to waive the right to counsel, and because the interests of justice so require, the Court now finds that the defendant is indigent; therefore,

The Court, under the authority of the Criminal Justice Act, hereby appoints John W. Campion (FPD) as counsel to represent the Defendant during the pendency of this matter. Such appointment shall be deemed effective June 13, 2018.

**IT IS SO ORDERED THIS** 18th day of July, 2018.

                                        _s/ Nancy Joseph_
                                        United States Magistrate Judge

Distribution to counsel via CMECF