# United States District Court
## EASTERN DISTRICT OF WISCONSIN

## COURT MINUTES

HON. **William E. Duffin,** presiding.

DATE: **August 16, 2018 at 10:00 A.M.**

CASE NO. **18-CR-143**

UNITED STATES v. **Waheba Issa Dais**

PROCEEDING: **Scheduling Conference (Counsel Only)**

Deputy Clerk: Mary Murawski

Court Reporter: FTR Gold

Time Called: 10:03:47

Time Concluded: 10:11:53

UNITED STATES by: **Gregory J. Haanstad
and Jolie Felice Zimmerman**

DEFENDANT: **not present,** in person, and by

ATTORNEY: **John Campion**

---

HAANSTAD: So far govt has provided almost 20,000 pages to defense counsel.
- Includes Facebook accounts; those records are largely in Arabic.
- Executed search warrants for 22 additional Facebook accounts and waiting for it to be returned.
- Obtained search warrants for 14 cell phones and 3 email accounts. Mostly in Arabic
- Anticipate this information to be provided in 30-45 days.
- Anticipate all discovery to be approximately 100,000 pages of discovery. It isn't as much as it sounds. It involves text messages, some 3-4 word messages. Not full pages.
- Ask for a status conference in mid-October.

ZIMMERMAN: Don't expect Mr. Campion to need security clearance. Still reviewing how they will be handling classified information. Hoping that if some of the classified information is discoverable, they will be able to declassify that information. The classified may not be discoverable and the govt will be presenting this information to the court under CIPA and it would be ex parte. Should be able to determine if Mr. Campion would need security clearance by the next hearing.

DEFENSE doesn't have enough information to object or not object to the continuance.
- Have received some of the discovery. In an abundance of caution, because there is no protective order signed, have not presented it to his client.
- Now prepared to make this material available to his client at Waukesha County Jail.

HAANSTAD: The material so far produced are the defendant's posts and her links to other posts and conversations.

COURT hoping by next scheduling conference all discovery will be produced and if there are any issues about confidentiality and CIPA related issues, parties will have a better handle on it.

<u>**Scheduling Conference set for October 16, 2018 at 10:00 A.M.**</u>

COURT makes a speedy trial finding under 18:3161(h)(7)(B)(ii), court finds that a continuance of the Speedy Trial Act deadline is appropriate because the ends of justice served by granting this continuance outweigh the best interest of the public and the defendants in a speedy trial. Specifically, the court finds given the complexity of this case, the nature of the prosecution and the case taken as a whole that the failure to grant a continuance would unreasonably deny the defendant reasonable time necessary for effective preparation. **Therefore, the time from today's date until October 16, 2018, is excluded under the Speedy Trial Act.**