UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.

Case No. 18-CR-143

WAHEBA DAIS,

        Defendants.

---

## NOTICE OF APPEARANCE

---

Please take notice that plaintiff, United States of America, is also represented by

Assistant United States Attorney Rebecca L. Taibleson.

Dated at Milwaukee, Wisconsin, this 4th day of October, 2018.

MATTHEW D. KRUEGER
United States Attorney

By:

*/s/ Rebecca L. Taibleson*

REBECCA L. TAIBLESON
Assistant United States Attorney
Bar Number 1104085
Office of the United States Attorney
517 East Wisconsin Avenue, Room 530
Milwaukee, Wisconsin 53202
Telephone: (414) 297-1700
E-Mail: rebecca.taibleson@usdoj.gov