# United States District Court

## EASTERN DISTRICT OF WISCONSIN

## COURT MINUTES

HON. **William E. Duffin,** presiding.                     Deputy Clerk:  Mary Murawski

DATE: **October 16, 2018 at 10:30 A.M.**            Court Reporter:  FTR Gold

CASE NO. **18-CR-143**                                          Time Called:  10:31:32

UNITED STATES v. **Waheba Issa Dais**              Time Concluded: 10:39:33

PROCEEDING: **Scheduling Conference (Counsel Only)**

UNITED STATES by: **Rebecca Taibleson, Gregory J. Haanstad
and Jolie Felice Zimmerman**

DEFENDANT: **not present,** in person, and by

ATTORNEY: **John Campion**

---

Court recaps the 8/6/18 hearing minutes.

TAIBLESON:
- Govt has produced in excess of 20,000 pages to defense counsel which are unclassified materials.
- Anticipate production of additional materials such as Facebook accounts, cell phones, e-mail accounts that they have been gathering since last hearing through search warrants.   Working with defense to produce in a manner that does not involve 400 CD's.
- Still anticipate discovery to be approximately 100,000 pages.
- Conferred with Mr. Campion and he is still working through the materials he has.
- Both parties at this point requesting another hearing in 60 days.
- Expectation in 60 days would be to have all unclassified materials to defense counsel.

CAMPION concurs with the government.

ZIMMERMAN:
- The classified materials are being done in 2 steps.  FBI doing the initial review, with guidance from the govt and then the 2nd review will be done by Taibleson, Zimmerman and Haanstad.
- Not sure what will be left over in terms of classified materials.
- Still do not believe Mr. Campion will need security clearance, but since prosecution team hasn't reviewed everything, they may come up with a different conclusion.
- Security clearance for Mr. Campion can take up to 2 months.

**Scheduling Conference set for December 19, 2018 at 1:30 P.M.**

COURT makes a speedy trial finding under 18:3161(h)(7)(B)(ii), court finds that a continuance of the Speedy Trial Act deadline is appropriate because the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. Specifically, the court finds given the complexity of this case, the nature of the prosecution and the case taken as a whole that the failure to grant a continuance would unreasonably deny the defendant reasonable time necessary for effective preparation. **Therefore, the time from today's date until December 19, 2018, is excluded under the Speedy Trial Act.**