# United States District Court
## EASTERN DISTRICT OF WISCONSIN

## COURT MINUTES

HON.  **William E. Duffin,** presiding.

DATE:  **December 19, 2018 at 1:30 P.M.**

CASE NO.  **18-CR-143**

UNITED STATES v.  **Waheba Issa Dais**

PROCEEDING:  **Scheduling Conference (Counsel Only)**

Deputy Clerk:  Mary Murawski

Court Reporter:  Liberty

Time Called: 1:33:24

Time Concluded: 1:39:56

UNITED STATES by:  **Rebecca Taibleson, Jennifer Burke,
and FBI Agents**

DEFENDANT:  **not present,** in person, and by

ATTORNEY:  **John Campion**

---

TAIBLESON has turned over discovery that includes tens of thousands of pages of Facebook returns, dozens of Grand Jury subpoena returns, 2703(d) returns, dozens of reports with attached Facebook excerpts, evidence taken from residential search warrants.  The non-CIPA related discovery is substantially complete.  There are a handful of documents left that need redactions before being turned over.  99% turned over.

BURKE:  If we go forward with this case, will need to file the CIPA motion and supporting documents.  Have multiple facilities that are currently being reviewed.  This will take approximately 4 months and once that is done, will file CIPA motion on classified documents.

DEFENSE received discovery last week and have not gone through them.  There is some negotiations going on.  Asking to come back in 60 days.

GOVT agrees.

**Scheduling Conference (COUNSEL ONLY) set for February 20, 2019 at 2:30 P.M.**

COURT makes a speedy trial finding under 18:3161(h)(7)(B)(ii), court finds that a continuance of the Speedy Trial Act deadline is appropriate because the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial.  Specifically, the court finds given the complexity of this case, the nature of the prosecution and the case taken as a whole that the failure to grant a continuance would unreasonably deny the defendant reasonable time necessary for effective preparation. **Therefore, the time from today's date until February 20, 2019, is excluded under the Speedy Trial Act.**