# UNITED STATES DISTRICT COURT
## for the
Eastern District of Wisconsin

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   18-CR-143 |
| WAHEBA DAIS | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

for the plaintiff United States of America in the above-captioned matter.                                                   .

Date:      02/14/2019

s/JENNIFER BURKE
*Attorney's signature*

Jennifer Burke     Bar # 9706250061(MD)
*Printed name and bar number*

U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530

*Address*

Jennifer.Burke@usdoj.gov
*E-mail address*

(202) 353-0023
*Telephone number*

(202) 514-8714
*FAX number*