# United States District Court

## EASTERN DISTRICT OF WISCONSIN

## COURT MINUTES

HON.  **William E. Duffin,** presiding.

DATE:  **March 22, 2019 at 9:30 A.M.**

CASE NO.  **18-CR-143**

UNITED STATES v.  **Waheba Issa Dais**

PROCEEDING:  **Scheduling Conference (Counsel Only)**

Deputy Clerk:  Mary Murawski

Court Reporter:  Liberty

Time Called:  9:32:07

Time Concluded: 9:34:52

UNITED STATES by:  **Rebecca Taibleson**

DEFENDANT:  **not present,** in person, and by

ATTORNEY:  **John Campion**

---

GOVT has an agreed upon Plea Agreement.  Anticipate filing it within a week.

COURT will set another status conference and if the plea agreement is filed, the hearing will be cancelled.

**<u>SCHEDULING CONFERENCE (COUNSEL ONLY) set for April 11, 2019 at 9:00 A.M.</u>**

COURT makes a speedy trial finding under 18:3161(h)(7)(B)(ii), court finds that a continuance of the Speedy Trial Act deadline is appropriate because the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial.  Specifically, the court finds given the complexity of this case, the nature of the prosecution and the case taken as a whole that the failure to grant a continuance would unreasonably deny the defendant reasonable time necessary for effective preparation. **Therefore, the time from today's date until April 11, 2019, is excluded under the Speedy Trial Act.**