UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Court Minutes

DATE: April 22, 2019
JUDGE: Pamela Pepper
CASE NO: 2018-cr-143
CASE NAME: United States of America v. Waheba Issa Dais
NATURE OF HEARING: Change of Plea
APPEARANCES: Rebecca Taibleson – Attorney for the government
Special Agents
John Campion – Attorney for the defendant
Waheba Issa Dais – Defendant
US Probation – Jennifer Morgan
COURTROOM DEPUTY: Chrissy Bongel
TIME: 11:24 A.M. – 12:09 P.M.
HEARING: Sentencing set for September 12, 2019 at 9:30 AM

## AUDIO OF THIS HEARING AT DKT. NO. 27

The court had scheduled this hearing because the defendant had indicated her intent to plead guilty to Count One, knowingly attempting to provide "material support and resources" to a foreign terrorist organization in violation of 18 U.S.C. §2239B(a)(1). The court placed the defendant under oath, reviewed the plea agreement with her and questioned the defendant.

The court recounted that Count One carried a maximum term of imprisonment of twenty years and a maximum fine of $250,000. This count also carried a special assessment of $100.00 and a maximum term of life on supervised release.

After the defendant had answered all the court's questions, the court found that the defendant understood her trial rights, the penalties associated with the charges, the possible civil ramifications of a conviction, and the uncertainty of her ultimate sentence. The court also found that the defendant entered the plea knowingly and voluntarily, without threats or promises. The court accepted the defendant's plea of guilty and found the defendant guilty of the offense charge in Count One.

Because the parties had waived the Rule 32 deadlines in the plea agreement, the court scheduled a sentencing hearing for September 12, 2019 at 9:30 A.M. in Room 222. The probation office will disclose the PSR by August 1, 2019 with objections due by August 15, 2019. The probation office will file the revised presentence report at least seven (7) days prior to the date of the sentencing hearing, and the court asked the parties to file supplemental sentencing memoranda or other documents (such as letters) by that same time—a week prior to the sentencing hearing.

1