18-cr-143

Waheba Dais
W.C.J
The Honorable Judge Pepper    P.o Box 0217
517 E Wisconsin Ave           Waukesha, WI
Court room 222                        53187
milWaukee, WI 53202


The Honorable Judge pepper:-

I am writing again to Ask
your honor to Appoint me a different
Attorney, Mr Campion has not come
Through on so many levels, I have
gave him multiple chances but all
I got was broken promises.
   I will apreciate it if you can
Help me with this important matter

                    Sincerily
                Waheba Issa Dais

5/8/19

Wah... [illegible barcode text] Daus
W.C.J
P.O Box 0217
Waukesha, WI 53187

This letter has
been mailed from

NOV 0 9 2019

Waukesha County
Jail

The Honorable Judge Peffer
Room #222
517 E Wisconsin Ave
Milwaukee, WI 53202

MILWAUKEE WI 530
53202$4500 C021

12 NOV 2019 PM 9 L

SCREEN