UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

   v.                                Case No. 18-CR-143

WAHEBA DAIS,

        Defendant.

## NOTICE OF APPEARANCE

Please take notice that plaintiff, United States of America, is also represented by

United States Attorney Matthew D. Krueger.

Dated at Milwaukee, Wisconsin, this 15th day of November, 2019.

                                Respectfully submitted,

                                s/Matthew D. Krueger
                                MATTHEW D. KRUEGER
                                United States Attorney
                                Bar Number 1096923
                                Office of the United States Attorney
                                517 East Wisconsin Avenue, Room 530
                                Milwaukee, Wisconsin 53202
                                Telephone: (414) 297-1700
                                E-Mail: matthew.krueger.@usdoj.gov