# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**UNITED STATES OF AMERICA**
      **Plaintiff,**

   **v.**                              **Case No. 18-CR-143**

**WAHEBA ISSA DAIS**
      **Defendant.**

---

## SCHEDULING ORDER

**IT IS ORDERED** that this matter is scheduled for **SENTENCING** on **Thursday, April 23, 2020, at 1:30 p.m.**, in courtroom #321.

**IT IS FURTHER ORDERED** that the parties file any sentencing motions, memoranda, or other materials (such as letters) on or before **April 16, 2020**.

**FINALLY, IT IS ORDERED** that defense counsel file a status report with the court, on or before **January 13, 2020**, indicating whether the concerns raised in the motion filed on November 14, 2019, have been addressed.

Dated at Milwaukee, Wisconsin, this 30th day of December, 2019.

                                  s/ Lynn Adelman
                                  LYNN ADELMAN
                                  District Judge