**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**UNITED STATES OF AMERICA**
       **Plaintiff,**

    **v.**                        **Case No. 18-CR-143**

**WAHEBA ISSA DAIS**
       **Defendant.**

---

## SCHEDULING ORDER

**IT IS ORDERED** that the **SENTENCING** set for April 23, 2020, is moved to **Friday, April 10, 2020, at 11:15 a.m.**

**IT IS FURTHER ORDERED** that the parties file any sentencing motions, memoranda, or other materials (such as letters) on or before **April 3, 2020**.

Dated at Milwaukee, Wisconsin, this 15th day of January, 2020.

                       s/ Lynn Adelman
                       LYNN ADELMAN
                       District Judge