# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
   **Plaintiff,**

  **v.**           **Case No. 18-CR-143**

**WAHEBA DAIS**
   **Defendant.**

## SCHEDULING ORDER

In light of the court's March 23, 2020, general order,

**IT IS ORDERED** that the **SENTENCING** set for April 10, 2020, is adjourned and will be reset at a later date. However, in order to permit the expeditious rescheduling of this matter once the court re-opens,

**IT IS FURTHER ORDERED** that any objections to the pre-sentence report be filed by **April 15, 2020**, and that the PSR be filed with the court by **April 22, 2020**.

**FINALLY, IT IS ORDERED** that the parties file any sentencing motions, memoranda, or other materials (such as letters) on or before **April 22, 2020**.

Dated at Milwaukee, Wisconsin, this 1st day of April, 2020.

       s/ Lynn Adelman
       LYNN ADELMAN
       District Judge