# FEDERAL DEFENDER SERVICES
## OF WISCONSIN, INC.

LEGAL COUNSEL

Craig W. Albee, *Federal Defender*
Krista A. Halla-Valdes, *First Assistant*

Joseph A. Bugni, *Madison Supervisor*
John W. Campion
Shelley M. Fite
Anderson M. Gansner
Gabriela A. Leija
Peter R. Moyers
Ronnie V. Murray
Tom E. Phillip
Joshua D. Uller
Kelly A. Welsh

517 East Wisconsin
Suite 182
Milwaukee, Wisconsin 53202

Telephone 414-221-9900
Facsimile 414-221-9901

April 21, 2020

Honorable Lynn Adelman
U.S. District Judge
517 E. Wisconsin Avenue
Milwaukee, WI 53202

Re:     *United States v. Waheba Dais*
        Case No. 18-CR-143

Dear Judge Adelman:

Earlier this month, in response to Chief Judge Pepper's March 23, 2020, general order, the Court ordered that Ms. Dais's sentencing hearing previously set for April 10, 2020, be adjourned and reset at a later date. Doc. 37. In that same order, the Court then issued a revised schedule for the submission of sentencing materials "in order to permit the expeditious rescheduling of this matter once the court re-opens." *Id.* Ms. Dais and I greatly appreciate the Court's intention to do so.

It is my understanding that the court's general order will continue through May, so Ms. Dais's sentencing hearing will not occur next month. In light of that, I am asking the Court to extend by one week, that is, until April 29, the deadline for parties to submit memoranda and related sentencing materials. Also, I plan to ask United States Probation Officer Dan Dragolovich to attach the report of a psychological evaluation to the final presentence report that he will submit to the Court. I've asked the evaluator to make a number of typographical corrections to his submission, and I do not yet have his final draft, but I should very soon.

Milwaukee · Madison · Green Bay

FEDERAL DEFENDER SERVICES
 OF WISCONSIN, INC.

Finally, earlier this afternoon, I reached out to United States Attorney Matthew Krueger, but I have not heard back from him yet. I thank the Court for its attention to this request.

Sincerely,

/s/ John W. Campion
John W. Campion

JWC

c:      Waheba Dais