# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
    **Plaintiff,**

  **v.**             **Case No. 18-CR-143**

**WAHEBA DAIS**
      **Defendant.**

## <u>SCHEDULING ORDER</u>

  **IT IS ORDERED** that this matter is scheduled for **SENTENCING** on **<u>Monday, August 24, 2020, at 1:45 p.m.</u>**  The hearing will take place in person.  The parties should refer to the court's general orders 20-18 and 20-15.

  **IT IS FURTHER ORDERED** that the parties file any additional sentencing motions, memoranda, or other materials (such as letters) on or before **August 17, 2020**.

  Dated at Milwaukee, Wisconsin, this 14th day of July, 2020.

            s/ Lynn Adelman
            LYNN ADELMAN
            District Judge