# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### HON. Lynn Adelman, presiding

## SENTENCING MINUTES

DATE: 8/24/20

CASE NO.: 18 CR143

UNITED STATES v. Waheba Issa Dais

United States By: Gregory Haanstad

Probation Officer: Daniel Drogolovich

Interpreter: _____   ☐ Sworn

Dep. Clerk: Julie D
Ct. Reptr.: John
Time Called: 1:50 pm
Time Concluded: 3:07 pm

Deft. Waheba Issa Dais ____ in person, and by Attorney John Campion

---

| Custody of Bureau of Prisons | Supervised Release/Probation |
|---|---|
| 90. months on Count(s) 1 | 3 year(s) on Count(s) 1 |
| ___ months on Count(s) ___ | ___ year(s) on Count(s) ___ |

to run concurrently/consecutively
for a total of 90 months

Court's recommendation to Bureau of
Prisons: Near Milwaukee

CONDITIONS OF SUPERVISION: 1-14, waive drug testing, computer monitoring

COUNT(S) DISMISSED on motion of Government: 2

FINE: $_____ on Count(s) _____.

Terms:

☐ Fine waived or reduced due to defendant's inability to pay.

☐ Interest on fine waived.

RESTITUTION: $ _____ Payee: _____

Terms:

☐ Interest on restitution waived.

SPECIAL ASSESSMENT: $ 100 .

☒ To be paid immediately.

☐ Other.

FORFEITURE:

CUSTODY STATUS:

☒ Defendant remanded to custody of U.S. Marshal.

☐ Execution of sentence stayed until _____

☐ Voluntary surrender to institution.

☒ Defendant advised of right to appeal.

OTHER:

## STATEMENT OF REASONS

☐ The Court adopts the factual findings and guideline application in the presentence report

or

☐ The Court adopts the factual findings and guideline application in the presentence report except:

Advisory Guideline Range Determined by the Court:

Total Offense Level: _____35_____
Criminal History Category: _____VI_____
Imprisonment Range : _____ to _240_ months
Supervised Release Range: _1_ to _3_ years
Fine Range: $_40,000_ to $_250,000_

☐ The sentence is within the guideline range.

or

☐ The court departs from the guideline range
    ☐ Upon motion of the government, as a result of defendant's substantial assistance.
    ☐ For the following reason(s):

or

☐ The court imposes a non-guideline sentence under 18 U.S.C. § 3553(a).